UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTOPHER CARREA, JR., | |
| Plaintiff, | No. C 09-0649 PJH (PR) |
| v. | **ORDER OF TRANSFER** |
| SAN DIEGO COUNTY, et al., | |
| Defendants. | |

This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred in San Diego, which lies within the venue of the United States District Court for the Southern District of California. It appears likely that the defendants reside there as well. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Southern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis. Plaintiff may disregard the notice of IFP deficiency sent to him by the clerk.

**IT IS SO ORDERED.**

Dated:. February 18, 2009.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.09\CARREA0649.TRN.wpd